UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jerome B. Simandle |
| v. | : | |
| WILLIAM BROWN, | : | |
| WILLIAM HERNANDEZ, | : | |
|   a/k/a "William Moreno," | : | |
| LAWRENCE JOHNSON, | : | |
|   a/k/a "Marv," and | : | |
| RASHEEN MINES, | : | |
|   a/k/a "Sheen" | : | Crim. No. 06-126 (JBS) |

**GOVERNMENT'S MOTION FOR ADMISSION OF EVIDENCE**

THE UNITED STATES, by its attorneys, CHRISTOPHER J. CHRISTIE, United States Attorney, and STEVEN D'AGUANNO, Assistant United States Attorney, moves for the admission of certain evidence described in the accompanying Memorandum of Law.  The government relies on the accompanying Memorandum of Law in support of this motion.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, the government respectfully requests that the Court enter an ORDER granting the government's motion.

                              Respectfully submitted,

                              CHRISTOPHER J. CHRISTIE
                              United States Attorney

                              /s/ STEVEN D'AGUANNO
                    By:       STEVEN D'AGUANNO
                              Assistant U.S. Attorney