

*U.S. Department of Justice*

*United States Attorney*
*District of New Jersey*

| | | |
|---|---|---|
| *Steven D'Aguanno* | *CAMDEN FEDERAL BUILDING and* | *856/757-5011* |
| *Assistant U.S. Attorney* | *UNITED STATES COURTHOUSE* | *FAX   856/968-4917* |
| | *401 Market Street, 4th Floor* | |
| | *P.O.Box 2098* | |
| | *Camden, NJ 08101* | |

May 3, 2006

**VIA HAND DELIVERY & ECF**

Honorable Jerome B. Simandle
United States District Judge
Camden Federal Building & U.S. Courthouse
401 Market Street
Camden, NJ 08101

   Re: United States v. William Brown, et al.
      Crim. No. 06-126 (JBS)

Dear Judge Simandle:

  Enclosed please find the original and one copy of the Government's Motion for Admission of Evidence and accompanying memorandum of law, filed this date under the court's Electronic Court Filing system. A copy has also been forwarded this date to counsel for the defendants.

  Thank you for your consideration in this matter.

             Respectfully submitted,

             CHRISTOPHER J. CHRISTIE
             United States Attorney


             /s/ STEVEN D'AGUANNO
             Steven D'Aguanno
             Assistant United States Attorney

Enclosure(s)

cc: Lisa Lewis, Esquire (w/ enclosures via First Class Mail)
  Fortunato N. Perri, Jr., Esquire (w/ enclosures via First Class Mail)
  Jerrold Colton, Esquire (w/ enclosures via First Class Mail)
  Michael E. Riley, Esquire (w/ enclosures via First Class Mail)